THE STATE OF IOWA, Appellee, v. C. L. CHRISTIANSON, Appellant.

Appeal: EVIDENCE: AFFIRMANCE.

*Appeal from Monona District Court.*—HON. C. H. LEWIS, Judge.

FRIDAY, DECEMBER 18, 1891.

THE defendant was indicted and convicted of the crime of committing a nuisance by keeping and maintaining a place for the unlawful sale of intoxicating liquors. He appeals to this court—*Affirmed.*

No appearance for either party.

BECK, C. J.—This case is submitted upon a transcript of the record, without abstract or argument for either party. We have examined the transcript, and find no errors in it. The judgment of the district court is AFFIRMED.